**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

                                                          :
ANTHONY LEWIS,                                            :
                                                          :
                          Plaintiff,                      :
                                                          :
          v.                                              :          Civil Action No. 09-0746 (RBW)
                                                          :
UNITED STATES DEPARTMENT OF JUSTICE,                     :
                                                          :
                          Defendant.                      :
_____                :


## MEMORANDUM OPINION

The defendant filed its third renewed motion for summary judgment [Dkt. #72] on November 17, 2011. In its November 21, 2011 Order, the Court advised the plaintiff, among other things, of his obligation to file an opposition or other response to the motion. Further, that Order expressly warned the plaintiff that, if he failed to file his opposition by December 21, 2011, the Court would treat the motion as conceded. To date, the plaintiff neither has filed an opposition nor requested additional time to do so. The Court will treat the defendant's motion as conceded. With this concession, and the Court's conclusion that only the exempt records or portions of records have been withheld, no issues remain for the Court's resolution.

An Order accompanies this Memorandum Opinion.


                                        REGGIE B. WALTON
                                        United States District Judge

DATE: January 9, 2012